**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1475**

_____

CHARLES ALFORD, III,

　　　　　Plaintiff - Appellant,

　　v.

MARTIN & GASS, INC.; SAMUEL G. GASS; ANGLER CONSTRUCTION CO.,
L.L.C.,

　　　　　Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  Leonie M. Brinkema, District
Judge.  (1:08-cv-00595-LMB-TRJ)

_____

Submitted:  July 21, 2015　　　　　Decided:  July 23, 2015

_____

Before WILKINSON and MOTZ, Circuit Judges, and DAVIS, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Charles Alford, III, Appellant Pro Se.  Michael Joseph Pierce,
KASIMER & ANNINO, PC, Falls Church, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Alford, III, appeals the district court's order denying his motion to reopen the case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Alford v. Martin & Gass, Inc.</u>, No. 1:08-cv-00595-LMB-TRJ (E.D. Va. Apr. 20, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>